IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Best, LaVerne D

Printed: 7/22/08

Case Number: 06 B 09750
Judge: Wedoff, Eugene R
Filed: 8/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 29, 2008
Confirmed: September 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,876.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 9,664.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,574.00 |
| Trustee Fee: |  | 614.24 |
| Other Funds: |  | 23.42 |
| Totals: | 11,876.00 | 11,876.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Buffington & Associates | Administrative | 1,574.00 | 1,574.00 |
| 2. | Seattle Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Funding Trust | Unsecured | 17,507.25 | 0.00 |
| 4. | American Express | Unsecured | 13,122.08 | 1,719.03 |
| 5. | Portfolio Recovery Associates | Unsecured | 449.97 | 51.05 |
| 6. | RoundUp Funding LLC | Unsecured | 19,160.34 | 2,510.08 |
| 7. | Asset Acceptance | Unsecured | 5,806.68 | 760.69 |
| 8. | Capital One | Unsecured | 1,536.80 | 201.36 |
| 9. | Portfolio Recovery Associates | Unsecured | 471.25 | 53.45 |
| 10. | Jefferson Capital | Unsecured | 7,408.15 | 970.47 |
| 11. | Jefferson Capital | Unsecured | 18,458.51 | 2,418.07 |
| 12. | Resurgent Capital Services | Unsecured | 171.56 | 16.45 |
| 13. | Columbia Credit Services | Unsecured | 21,269.17 | 0.00 |
| 14. | American Express | Unsecured | 7,356.41 | 963.69 |
| 15. | Toyota Motor Credit Corporatio | Secured |  | No Claim Filed |
| 16. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 17. | GEMB | Unsecured |  | No Claim Filed |
|  |  |  | $ 114,292.17 | $ 11,238.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 206.28 |
| 5.4% | 407.96 |
|  | $ 614.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Best, LaVerne D | Case Number:  06 B 09750 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  8/11/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

